IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GRAYS HARBOR COMMUNITY HOSPITAL,<br><br>　　　　　Defendant**.** | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jamie Toste ("Ms. Toste") and a class of similarly situated female employees who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant, Grays Harbor Community Hospital ("Grays Harbor"), subjected Ms. Toste and a class of similarly situated female

**COMPLAINT-** Page 1 of 7

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

employees to a hostile work environment because of sex. The EEOC further alleges that Ms. Toste was constructively discharged as a result of the hostile work environment. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory and punitive damages on behalf of Ms. Toste and a class of similarly situated female employees.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Tacoma.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Grays Harbor has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

5. At all relevant times, defendant Grays Harbor has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Toste filed a charge with the Commission alleging violations of Title VII by defendant Grays Harbor. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least August 30, 2006 to January 2009, defendant Grays Harbor has engaged in unlawful employment practices at its facilities in Aberdeen, Washington in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). The practices include subjecting Ms. Toste and a class of similarly situated female employees to a hostile work environment because of sex, resulting in Ms. Toste's constructive discharge.

8. The practices complained of in paragraph 7 by Ms. Toste and a class of similarly situated female employees were carried out by a pharmacist employed by defendant Grays Harbor. At all times material hereto, the harassing pharmacist was the Ms. Toste's direct manager and supervisor, in her chain of command, with immediate and successively higher authority over Ms. Toste when he was the evening shift pharmacist with authority over Ms. Toste's schedule.

9. The practices complained of in paragraphs 7 and 8 include, but are not limited to, the following events relating to Ms. Toste occurring from at least August 30, 2006 to September 6, 2007: the pharmacist approached Ms. Toste, got close to her body and whispered sexually provocative remarks in her ear. The pharmacist made

**COMPLAINT-** Page 3 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

comments about Ms. Toste's body, clothing and underwear.  The pharmacist told Ms. Toste about his sexual relationship with his wife and explained that he was not getting enough sex at home.  He also spoke of masturbating and told Ms. Toste that he likes to "yank it all the time."  The pharmacist touched and rubbed Ms. Toste's back, leg and arms. The pharmacist displayed internet pornography to Ms. Toste, including a Vodka commercial about oral sex.  The pharmacist told Ms. Toste that he lived on a hill above the hospital and that he could see in the pharmacy from his home, implying that he watched her when he was at home.  The pharmacist's unwelcome conduct of a sexual nature occurred nearly every time Ms. Toste and the pharmacist worked together and often multiple times per shift.  Defendant Grays Harbor required Ms. Toste to continue working with the pharmacist despite multiple complaints to management about his conduct, resulting in Ms. Toste's constructive discharge.

10. A similarly situated female employee was sexually harassed from 2006 until 2009 and noted that the pharmacist would make offensive sexual comments about the size of women's breasts, including her own and once told her about receiving a DVD from a friend that depicted a man with an 18 inch penis.  The pharmacist would also approach her from behind and stand so close to her that she could feel his breathing on her neck.

11. A second similarly situated female employee stated that the pharmacist would constantly walk up to her and stand uncomfortably close to her body.  He also commented about the way she smelled, touched her blouse or grabbed at her ID badge, which rested on her chest, and often smelled her hair. The pharmacist made sexually

**COMPLAINT-** Page 4 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

suggestive comments toward her, such as, "I'd like to take you home," and "I think you need a spanking."

12. A third similarly situated female employee stated that the pharmacist frequently made sexually suggestive comments to her that made her feel uncomfortable. He told her that he was not "getting any" from his wife. He also showed her pornographic pictures of men and women on his computer. The pharmacist frequently physically touched her and invaded her personal space. On multiple occasions, the pharmacist approached her from behind and began massaging her upper back. He also rubbed his hand on her knee. The pharmacist also stood uncomfortably close to her when she was working, to the point that she could feel his body against her back and could almost feel him breathing down her neck.

13. Defendant Grays Harbor did not provide Ms. Toste or any other employees with training in order to prevent or protect against sexual harassment.

14. The effect of the practices complained of in paragraph 7 -13 above has been to deprive Ms. Toste and a class of similarly situated female employees of equal employment opportunities.

15. The unlawful employment practices complained of in paragraph 7-13 above were intentional.

16. The unlawful employment practices complained of in paragraph 7-13 above were done with malice or with reckless indifference to the federally protected rights of Ms. Toste and similarly situated female employees.

//

**COMPLAINT-** Page 5 of 7

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B.  Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order defendant to make whole Ms. Toste and a class of similarly situated female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7-13 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.  Order defendant to make whole Ms. Toste and a class of similarly situated female employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7-13 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.  Order defendant to pay Ms. Toste and a class of similarly situated female employees punitive damages for its malicious and reckless conduct described in paragraph 7-13 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

**COMPLAINT-** Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

H.   Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 27th day of August, 2010.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Assistant General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY:  /s/ William R. Tamayo
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 131 "M" Street NE, 5th Floor |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6853 | |

Attorneys for Plaintiff

**COMPLAINT-** Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882