The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GRAYS HARBOR COMMUNITY HOSPITAL,<br><br>　　　　　　Defendant. | No. 10-CV-5616-BHS<br><br>**ORDER ENTERING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorney's fees.

The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 8th day of September, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

**ORDER ENTERING CONSENT DECREE (10-CV-05616-BHS)**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

Presented by:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney<br>San Francisco District Office<br>350 The Embarcadero, Suite 500<br>San Francisco, CA 94105-1260 | P. DAVID LOPEZ<br>General Counsel<br><br>JAMES L. LEE<br>Deputy General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | OFFICE OF THE GENERAL COUNSEL<br>131 M Street, NE<br>Washington, D.C. 20507 |
| JAMAL N. WHITEHEAD<br>Senior Trial Attorney | |

BY:   */s/Carmen Flores*
        Carmen Flores
        Seattle Field Office
        909 First Avenue, Suite 400
        Seattle, WA 98104
        Tel: (206) 220-6853
        Fax: (206) 220-6911
        Carmen.flores@eeoc.gov

*Attorneys for Plaintiff*

**ORDER ENTERING CONSENT DECREE (10-CV-05616-BHS)**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883